WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-8078-01-PCT-DCB |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| Lorenzo Lee Putesoy, | |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Probation were held on June 18, 2019.

The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a serious flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 19th day of June, 2019.

_____
Bernardo P. Velasco
United States Magistrate Judge